```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 01421
   JOYLAND F MORRIS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-9986

------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/23/2008 and was confirmed 04/09/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                               PAID        PAID
------------------------------------------------------------------------------
WELLS FARGO BANK             NOTICE ONLY     NOT FILED         .00         .00
WELLS FARGO HOME MORTGAG     CURRENT MORTG         .00         .00         .00
WELLS FARGO HOME MORTGAG     MORTGAGE ARRE         .00         .00         .00
CAPITAL ONE AUTO FINANCE     SECURED VEHIC         .00         .00         .00
AMERICAN GENERAL FINANCE     FILED LATE            .00         .00         .00
ECAST SETTLEMENT CORP        UNSECURED        9552.91          .00         .00
ECAST SETTLEMENT CORP        UNSECURED         531.71          .00         .00
PHYSICAL THERAPY & SPINE     UNSECURED       NOT FILED         .00         .00
PIERCE & ASSOC               NOTICE ONLY     NOT FILED         .00         .00
AMERICAN GENERAL FINANCE     SECURED          915.34           .00       145.55
BURNS & WINCEK LTD           DEBTOR ATTY     3,000.00                   1,412.01
TOM VAUGHN                   TRUSTEE                                      135.44
DEBTOR REFUND                REFUND                                         .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       1,693.00

PRIORITY                                             .00
SECURED                                           145.55
UNSECURED                                            .00
ADMINISTRATIVE                                  1,412.01
TRUSTEE COMPENSATION                              135.44
DEBTOR REFUND                                        .00
                           ---------------    ---------------
TOTALS                        1,693.00           1,693.00


             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 01421 JOYLAND F MORRIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```